IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31103
Summary Calendar
_____


MARION BURTON; SANDRA BURTON,

Plaintiffs-Appellees,

versus

CITY OF HAMMOND; POLICE CHIEF, for the City of Hammond;
JAMES BANKS, JR., Officer,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CV-2096
- - - - - - - - - -
December 8, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

James Banks, Jr., the City of Hammond ("the City"), and the
Police Chief of Hammond ("the Chief") appeal from the denial of
their motion for summary judgment in the civil-rights action
brought by Marion and Sandra Burton.  The defendants argue that
the district court erred by denying their summary-judgment motion
on the merits of their qualified-immunity defense and the merits
of their argument against the liability of the City and the
Chief.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

We must determine the basis of our jurisdiction, on our own motion, if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir. 1987). The district court rejected Banks's qualified-immunity defense on the grounds that he had failed to show that his actions were objectively reasonable on the facts before the court; we have jurisdiction over Banks's appeal from the denial of summary judgment on qualified immunity. *Naylor v. Louisiana*, 127 F.3d 855, 857 (5th Cir. 1997). With the sole exception of the qualified-immunity defense, the district court's order denying summary judgment is a nonappealable interlocutory order. We therefore lack jurisdiction to review the defendants' contentions apart from qualified immunity, and we dismiss the appeal except for that portion of the appeal addressing qualified immunity.

Regarding the qualified immunity defense, we have reviewed the record and the briefs of the parties and we have found no reversible error. Accordingly, we affirm for essentially the reasons stated by the district court at the hearing held in conjunction with the order denying summary judgment. *See Burton v. Hammond*, No. 95-CV-2096 (E.D. La. Sep. 19, 1997).

APPEAL DISMISSED IN PART; AFFIRMED IN PART.